# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE R. LUCAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET SPELLINGS,<br>Secretary, U.S. Department of Education. | Civil Action No. 01-2393 (JMF) |

## ORDER

In accordance with the Memorandum Opinion being issued simultaneously herewith,

**IT IS ORDERED THAT** plaintiff's counsel, John F. Karl, Jr., Esq., shall pay into the registry of this Court $3,000 within thirty days of the date of this order and

**IT IS FURTHER ORDERED THAT** there is referred to the Committee on Grievances the question whether, for the reasons stated in my Memorandum Opinion, Mr. Karl offended D.C. Rule of Professional Conduct 3.3(a)(1) in that he made material misstatements of fact in the documents identified in my Memorandum Opinion.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Date: