UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THEODORE R. LUCAS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ROD PAIGE,**<br>**in his official capacity as Secretary,**<br>    **U.S. DEPARTMENT OF EDUCATION**<br><br>    **Defendant.** | **Civil Action No.  01-2393 (JMF)** |

**MEMORANDUM OPINION**

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that <u>Defendant's Motion for Summary Judgment</u> [#22] is **DENIED**.  It is further, hereby,

**ORDERED** that a status conference is set for July 14, 2006 at 2:00 p.m. in Courtroom 2 on the second floor.

**SO ORDERED**.

 

_____
Dated:                                                JOHN M. FACCIOLA
                                                           UNITED STATES MAGISTRATE JUDGE